## DEWEY CUSTER v. STATE.

No. A-7936. Opinion Filed March 21, 1931.
(296 Pac. 1115).

J. V. Crawford, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted in the county court of Okfuskee county of having the unlawful possession of intoxicating liquor, and was sentenced to pay a fine of $50 and to serve 30 days in the county jail.

Judgment was entered upon a plea of guilty. No motion for a new trial was filed. No question is presented by the appeal.

The case is affirmed.